**FILED**

NOV 05 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

William T Huff,

    Plaintiff,

vs.

    Defendant.

CASE NO. ~~29042~~ C07-5610-JF

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, William T Huff, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____0_____  Net: _____0_____

Employer: _____0_____

IS. APP. TO PROC. IN FORMA PAUPERIS, Case No. 29042  - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  H 3 H RV REPAIR                               WAGES:
5  3074 N ASHBY RD                               DONT RECALL
6  MERCED CALIFORNIA 95348
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.    Business, Profession or           Yes ___ No X
10            self employment
11      b.    Income from stocks, bonds,        Yes ___ No X
12            or royalties?
13      c.    Rent payments?                    Yes ___ No X
14      d.    Pensions, annuities, or           Yes ___ No X
15            life insurance payments?
16      e.    Federal or State welfare payments, Yes ___ No X
17            Social Security or other govern-
18            ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____⊖_____
22 _____
23 3.    Are you married?                       Yes ___ No X
24 Spouse's Full Name: _____⊖_____
25 Spouse's Place of Employment: _____⊖_____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____⊖_____ Net $_____⊖_____
28 4.    a.    List amount you contribute to your spouse's support:$ ___⊖___

APP TO PROC. IN FORMA PAUPERIS Case No. 29042  -2-

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_NONE_

5. Do you own or are you buying a home?    Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ___ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $ _0_

Do you own any cash? Yes _X_ No ___ Amount: $ _3.00_

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

8. What are your monthly expenses?

Rent: $ _0_    Utilities: _0_

Food: $ _0_    Clothing: _0_

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _0_ | $ _0_ | $ _0_ |
|  | $ |  $ |
|  | $ |  $   9. Do |

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _____ NONE _____
4 | _____
5 | 10. Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits? Yes ___ No _X_
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____ -0- _____
10 | _____
11 | I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 | I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | October 31, 2007    /s/ Terry W. Huff
17 | DATE    SIGNATURE OF APPLICANT

APP TO PROC IN FORMA PAUPERIS Case No. 29042 -4-

CASE NO: 29042

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS
CDC - 193 (1/88)

# TRUST ACCOUNT WITHDRAWAL ORDER

Date 5-1-07  20 07

To: Warden                          Approved _____

I hereby request that my Trust Account be charged $ 3.00 for the purpose stated below and authorize the withdrawal of that sum from my account:

J-94871
NUMBER                                                              NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested          PRINT PLAINLY BELOW name and address of person
(do not use this form for Canteen or Hobby purchase)               to whom check is to be mailed.

PURPOSE  2 copies of Trust                NAME  CSP-Solano Trust Office
statements for Last 6 months              ADDRESS

Reviewed by
Security & Investigation

                                          TERRY W. HUFF    J-94871
                                          PRINT YOUR FULL NAME HERE

Case Number: 29042

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of William T Huff for the last six months at

William T Huff [prisoner name]

Solano State Prison where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____     _____

[Authorized officer of the institution]

SEE ATTACHED PAPERWORK

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA STATE PRISON SOLANO
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2006 THRU MAY 04, 2007

ACCOUNT NUMBER : J94871                        BED/CELL NUMBER: S101T1000000109U
ACCOUNT NAME   : HUFF, TERRY WILLIAM           ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

CASE NO: 29042

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 04/05/2007 | H114 | COPAY FEE, MED. | 3641-03/05 | 5.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Barbara Patter
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE

5.00-