NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM TERRY HUFF, | ) | No. C 07-5610 JF (PR) |
| Petitioner, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| THOMAS L. CAREY, Warden, | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 2005 criminal conviction in Merced Superior Court.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence).

\\\

\\\

Order of Transfer
P:\pro-se\sj.jf\hc.07\Huff610trans          1

1    Accordingly, this case is TRANSFERRED to the United States District Court for
2 the Eastern District of California.  See 28 U.S.C. §§ 1391(b), 1404(a); Habeas L.R. 2254-
3 3(b)(1).  In view of the transfer, the Court will not rule upon Petitioner's motion to
4 proceed in forma pauperis.  The Clerk shall transfer the entire file to the Eastern District
5 of California.
6    IT IS SO ORDERED.
7 DATED: 11/14/07

JEREMY FOGEL
United States District Judge

1  A copy of this order was mailed to the following:

2

3  William Terry Huff
   J-94871
4  CSP -Solano
   2100 Peabody Road
5  Vacaville, CA  95687-6615

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.jf\hc.07\Huff610trans          3