UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

408-535-5364
General Court Number

FILED

2007 DEC -7 P 3: 04

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

November 26, 2007

US District Court
Eastern District of California
501 I Street
Ste. 4-200
Sacramento, CA 94814

RECEIVED

DEC 03 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _S. ARELLANO_
    DEPUTY CLERK

1:07 CV 01746 AWI JM

RE: CV 07-05610 JF   WILLIAM TERRY HUFF-v-THOMAS L CAREY

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Sandy Morris
Case Systems Administrator